The People of the State of Illinois, Defendant in Error, v. Karl Bernhardt, Plaintiff in Error.

## Gen. No. 19,733. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed. Opinion filed March 11, 1914.

### Statement of the Case.

Information by The People of the State of Illinois against Karl Bernhardt charging defendant with obtaining goods of the value of $743.75 by false pretenses. To reverse a judgment of conviction, defendant prosecutes a writ of error.

JOHN T. BYRNES, for plaintiff in error.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY, of counsel.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

FALSE PRETENSES, § 37*—*when evidence insufficient to sustain conviction for obtaining goods by false pretense.* On information charging defendant with obtaining goods by false pretense, the evidence showed that defendant had signed a blank check and left it with his wife to fill out for a certain party but that during his absence his wife permitted a messenger, who was delivering goods purchased of a different firm, to fill out the check with the amount and the firm's name as payee, *held* that the evidence was insufficient to sustain a conviction, there being no proof that defendant delivered the check to the firm or authorized any one to do so for him or even contemplated the possibility that the check would be so delivered.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.